396 A.2d 46

Commonwealth v. Pollard, Appellant.

Submitted March 13, 1978.  Robert N. Tarman, First Assistant Public Defender, for appellant;  Marion E. MacIntyre, Second Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.